IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL BERNARD WATTS,

     Plaintiff,                  No. CIV S-03-1928 DFL GGH P

  vs.

D.L. RUNNELS, et al.,

     Defendants.          <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve his status report pursuant to the court's order of June 30, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's July 29, 2005 motion for an extension of time is granted; and

       2. Plaintiff shall file and serve his status report on or before August 30, 2005.

DATED: 8/10/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
watt1928.36