1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL BERNARD WATTS,

11              Plaintiff,                    No. CIV S-03-1928 EJG GGH P

12        vs.

13   D.L. RUNNELS, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16              Plaintiff has filed a document entitled "motion for discovery."   Plaintiff is

17   informed that court permission is not necessary for discovery requests and that neither discovery

18   requests served on an opposing party nor that party's responses should be filed until such time as

19   a party becomes dissatisfied with a response and seeks relief from the court pursuant to the

20   Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with

21   the court unless, and until, they are at issue.

22              Accordingly, IT IS HEREBY ORDERED that plaintiff's August 29, 2005

23   "motion for discovery," will be placed in the court file and disregarded.  Plaintiff is cautioned

24   that further filing of discovery requests or responses, except as required by rule of court, may

25   /////

26   /////

1

result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: 10/4/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
watt1928.411