IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| **DARRYL BERNARD WATTS,** | CIV S-03-1928 EJG GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

## <u>ORDER</u>

Defendants' first request for an enlargement of time to serve a response to Plaintiff's First Request for the Production of Documents was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have until November 10, 2005, within which to serve their response to Plaintiff's First Request for the Production of Documents.

DATED: 10/20/05

/s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

wat1928.eot.wpd

*[Proposed] Order granting Defendants' First Request for an Extension of Time to Respond to Plaintiff's Request for Production of Documents*

1