IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRYL BERNARD WATTS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D.L. RUNNELS, et al.,**<br><br>　　　　　　　　　　　Defendants. | CIV S-03-1928 EJG GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF** |

　　　　The Court has considered Defendants' motion to extend the parties' time to depose Plaintiff 30 days from January 6, 2006 to February 6, 2006, and finds good cause for the request. The time for deposing Plaintiff is extended to February 6, 2006. All other dates set in the scheduling order filed September 12, 2005, are unchanged.

DATED: 1/18/06

　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　**GREGORY G. HOLLOWS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

watt1928.eot.wpd

1