IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRYL BERNARD WATTS,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**D.L. RUNNELS, et al.,**<br><br>                              Defendants. | 2:03-CV-1928 EJG GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTION** |

The Court has considered Defendants' request to extend the parties' time to file pretrial motions ten court days from March 3, 2006, to March 17, 2006, and finds good cause for the request. The time for filing dispositive motions is extended to March 17, 2006. All other dates set in the scheduling order are unchanged.

DATED: 3/3/06

/s/ Gregory G. Hollows

———————————————
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

watts.eot.wpd