1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL BERNARD WATTS,

11              Plaintiff,                        No. CIV S-03-1928 DFL GGH P

12        vs.

13   D.L. RUNNELS, et al.,

14              Defendants.                       ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On March 17, 2006, defendants filed a summary judgment motion.  Plaintiff

18   did not file an opposition.  Accordingly, on June 6, 2006, the court recommended that

19   defendants' motion be granted.

20              On June 19, 2006, plaintiff filed objections.  Plaintiff states that he did not file an

21   opposition because he believed that he and defendants were involved in settlement negotiations.

22              Accordingly, IT IS HEREBY ORDERED that:

23              1.  The June 6, 2006, findings and recommendations are vacated;

24   /////

25   /////

26   /////

1    2. Plaintiff is granted thirty days from the date of this order to file an opposition

2  to defendants' summary judgment motion.

3  DATED:  6/28/06

4                                                            /s/ Gregory G. Hollows

5                                                            _____
                                                             GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

6  GGH:kj
   watt1928.vac

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2