1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13  DARRYL BERNARD WATTS,                    No. 2:03-CV-1928 DFL GGH P

14                        Plaintiff,          **ORDER RE: REQUEST TO VACATE SCHEDULING ORDER**

15         v.

16  D.L. RUNNELS, et al.,

17                        Defendants.

18

19                                **ORDER**

20        Good cause having been shown, Defendants' request, that the scheduling order

21  be vacated until further order of the court, is granted.

22  DATED: 8/15/06

                                        /s/ Gregory G. Hollows
23                                      _____
                                        The Honorable Gregory G. Hollows
24                                      U. S. Magistrate Judge

25  watts1928.vac

26
27
28

1

Proposed Order RE: Request to Vacate the Scheduling Order