IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL BERNARD WATTS,

    Plaintiff,                  No. CIV S-03-1928 DFL GGH P

  vs.

R.L. RUNNELS, et al.,

    Defendants.             ORDER

_____/

       On March 16, 2007, plaintiff filed a request for a thirty day extension of time to file objections to the February 23, 2007, findings and recommendations.

       Good cause appearing, IT IS HEREBY ORDERED that plaintiff's objections to the February 23, 2007, findings and recommendations are due on or before April 16, 2007.

DATED: 3/26/07

                                         /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

watts1928.eot

1