UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| DARRYL BERNARD WATTS,<br><br>    Plaintiff - Appellant,<br>v.<br><br>D. L. RUNNELS; et al.,<br><br>    Defendants - Appellees. | No.  07-16891<br>D.C. No.  CV-03-01928-JKS<br><br><br>**ORDER** |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith      [ ]

Explanation: _I have no basis for questioning Watts' good faith. Watts' challenge to qualified immunity may be objectively frivolous i.e. foreclosed by existing authority but it is not necessarily subjectively frivolous i.e. in bad faith._

_____
Judge
United States District Court

Date: 11/16/2008